Garrett Charity, Esq.
Garrett.Charity@MccarthyLawyer.com
McCarthy Law PLC
4250 N. Drinkwater Blvd., Ste. 320
Scottsdale, Arizona 85251
Phone: 602-456-8900
Fax: 602-218-4447
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM YAZMAJIAN,<br><br>　　　Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC, and TRANSUNION LLC,<br><br>　　　Defendants. | Case No.: 2:23-cv-01073-PA-SP<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

　　　Plaintiff William Yazmajian, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant Equifax Information Services, LLC ("Equifax"). Plaintiff and Equifax are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Equifax will be finalized within the next sixty (60) days. Plaintiff's claims against Synchrony Bank remain pending.

　　　Respectfully submitted May 1, 2023.

*/s/Garrett Charity*
Garrett Charity, Esq.
McCarthy Law, PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
Telephone: (602) 456-8900
Fax: (602) 218-4447
Garrett.Charity@mccarthylawyer.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Joseph Panvini*