Garrett Charity, Esq.
Garrett.Charity@MccarthyLawyer.com
McCarthy Law PLC
4250 N. Drinkwater Blvd., Ste. 320
Scottsdale, Arizona 85251
Phone: 602-456-8900
Fax: 602-218-4447
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM YAZMAJIAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC, and TRANSUNION LLC,<br><br>　　　　Defendants. | Case No.: 2:23-cv-01073-PA-SP<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT SYNCHRONY BANK** |

　　　Plaintiff William Yazmajian, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant Synchrony Bank ("Synchrony"). Plaintiff and Synchrony are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Synchrony will be finalized within the next sixty (60) days. Plaintiff has now reached settlements with all Defendants.

　　　Respectfully submitted July 19, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/Garrett Charity*
　　　　　　　　　　　　　　　　　　　　　　　　　Garrett Charity, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　McCarthy Law, PLC

4250 North Drinkwater Blvd, Suite 320<br>
Scottsdale, AZ 85251<br>
Telephone: (602) 456-8900<br>
Fax: (602) 218-4447<br>
Garrett.Charity@mccarthylawyer.com<br>
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Joseph Panvini*